IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )        8:10CR238
      vs.                          )
                                   )        **PRELIMINARY ORDER**
JAVIER JIMENEZ-RAMOS,              )        **OF FORFEITURE**
                                   )
            Defendant.             )

NOW ON THIS 22nd day of October, 2010, this matter comes on before the Court upon the

United States' Motion for Issuance of Preliminary Order of Forfeiture.  The Court reviews the record

in this case and, being duly advised in the premises, finds as follows:

1.  The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty

to Count I and the Forfeiture Allegation of said Indictment.  Count I of said Indictment charges the

Defendant with conspiracy to distribute methamphetamine, a violation of 21 U.S.C. § 846. The

Forfeiture Allegation of said Indictment charges the Defendant with using Lot Four (4), Block Four

(4), Harvard Place Addition to the City of Scottsbluff, Scotts Bluff County, Nebraska, which has the

address of 902 E. Overland, Scottsbluff, Nebraska, to facilitate the commission of the conspiracy and

charges said personal property is derived from proceeds obtained directly or indirectly as a result of

the commission of the conspiracy.

2.  By virtue of said plea of guilty, the Defendant forfeits his interest in the subject property,

and the United States should be entitled to possession of said property, pursuant to 21 U.S.C., § 853.

3.  The United States' Motion for Issuance of Preliminary Order of Forfeiture should be

sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.   The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B.   Based upon the Forfeiture Allegation of the Indictment and the Defendant's plea of guilty, the United States is hereby authorized to seize the Lot Four (4), Block Four (4), Harvard Place Addition to the City of Scottsbluff, Scotts Bluff County, Nebraska, which has the address of 902 E. Overland, Scottsbluff, Nebraska.

C.   The Defendant's interest in the Lot Four (4), Block Four (4), Harvard Place Addition to the City of Scottsbluff, Scotts Bluff County, Nebraska, which has the address of 902 E. Overland, Scottsbluff, Nebraska,  is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

D.   The aforementioned forfeited property is to be held by the United States in its secure custody and control.

E.   Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site www.forfeiture.gov notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited property must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.   Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the property, shall be

signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject property and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C., § 853(n), in which all interests will be addressed.

ORDERED this 22nd  day of October , 2010.

BY THE COURT:

/s Joseph F. Bataillon

**JOSEPH F. BATAILLON, JUDGE**
**United States District Court**