IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:10CR238 |
| vs. ) | |
| ) | **ORDER** |
| JAVIER JIMENEZ-RAMOS, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 29th day of October, 2010, this matter comes on before the Court upon the United States' Motion to Vacate Preliminary Order of Forfeiture (Filing No. 51). The Motion is sustained. The Preliminary Order of Forfeiture (Filing No. 48) is hereby vacated.

**BY THE COURT:**


s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**