IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                          Plaintiffs,

              vs.

JAVIER JIMENEZ-RAMOS,

                          Defendant.

**8:10CR238**


**JUDGMENT**


Pursuant to the Memorandum and Order entered on this date denying defendant's motion to vacate pursuant to 28 U.S.C. § 2255, the court enters judgment in favor of the plaintiff and against the defendant.

Dated this 21st day of May, 2013.

                                    BY THE COURT:


                                    s/ Joseph F. Bataillon
                                    United States District Judge